THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LAWRENCE, Appellant. [710 NYS2d 262] —Judgment unanimously affirmed. Memorandum: An issue concerning the interpretation or application of a criminal statute or a challenge to the legal sufficiency of the factual allegations of an indictment does not survive a defendant's plea of guilty (*see, People v Levin,* 57 NY2d 1008, 1009, *rearg denied* 58 NY2d 824; *People v Thomas,* 53 NY2d 338, 340, 343-345). A guilty plea also forecloses any challenge to the legal sufficiency of the evidence before the Grand Jury (*see, People v Simms,* 269 AD2d 788; *People v Buthy,* 85 AD2d 890). Defendant's contention that the evidence before the Grand Jury was legally insufficient to establish larceny by extortion therefore is not properly before us (*see,* Penal Law § 155.40 [2]; § 155.05 [2] [e]). The sentence is not unduly harsh or severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Grand Larceny, 4th Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner and Kehoe, JJ.